UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELAINA LAWSON, | Civil No. C05-5650-RBL |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, including a new hearing and a new decision. On remand, the administrative law judge (ALJ) will: 1) further evaluate Plaintiff's physical and mental impairments to determine what limitations, if any, would flow from them prior to the date last insured. In so doing pursuant to SSR 83-20, the ALJ will secure the services of medical experts in orthopedics and psychiatry; 2) the ALJ will re-evaluate the medical opinions of record and

Page 1 ORDER OF REMAND - [C05-5650-RBL]

determine what weight, if any, they are to be given pursuant to Ninth Circuit case law; 3) the ALJ will consider the lay witnesses statements and discuss what weight, if any, they are to be accorded; 4) the ALJ in arriving at Plaintiff's residual functional capacity will be guided by SSR 96-8p; and 5) if warranted by the expanded record, the ALJ will obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on Plaintiff's ability to perform jobs that exist in the local and or national economy, but before relying on the vocational expert evidence the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations under SSR 00-4p.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 43 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

.

///

///

DATED this 2nd day of March, 2006.

Page 2 ORDER OF REMAND - [C05-5650-RBL]

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

____s/ Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 3 ORDER OF REMAND - [C05-5650-RBL]