UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELAINA LAWSON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:05-CV-5650-RBL-KLS<br><br><br>ORDER FOR ATTORNEY'S FEES<br>PURSUANT TO 42 U.S.C. § 406(B) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney's Pursuant to 42 U.S.C. § 406(b) and Defendant's Objection, the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpernis awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $19,200.00, minus any processing fees allowed by statute and it is further,

ORDERED that Plaintiff's attorney refund $4,984.00, to Plaintiff, the sum received as attorney's fees under the Equal Access to Justice Act, which represents the total of the smaller fee to the claimant. Pub. L. No. 99-80, §3 99 Stat. 183, 186 (1985); *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

DATED this 23rd day of December, 2008.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov